UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v.  ) | Criminal Action No. 18-cr-10176-LTS |
| ) | |
| JASON COBB ) | |

### VERDICT SLIP

As to the Indictment charging that, on January 25, 2018, in violation of federal law, Jason Cobb, having previously been convicted of a crime punishable by more than one year imprisonment, did knowingly possess a firearm and/or ammunition, in and affecting interstate commerce:

WE, THE JURY, UNANIMOUSLY FIND THE DEFENDANT:

____✓____ Not Guilty          _____ Guilty

FOREPERSON: _____          DATE: 12/14/18