AO 245A (Rev. 12/03) Judgment of Acquittal

# UNITED STATES DISTRICT COURT

DISTRICT OF  MASSACHUSETTS

UNITED STATES OF AMERICA

V.

JASON COBB

## JUDGMENT OF ACQUITTAL

CASE NUMBER: 1:18-CR-10176-LTS-1

The Defendant was found not guilty. IT IS ORDERED that the Defendant is acquitted, discharged, and any bond exonerated.

_____
Signature of Judge

/s/Leo T. Sorokin | U.S. District Judge
Name of Judge | Title of Judge

12/18/2018
Date